UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE WILLIAMS,<br><br>                       Plaintiff,<br><br>     -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                       Defendant. | 20 Civ. 5991 (LGS)<br><br>ORDER OF SERVICE |

Lorna G. Schofield, United States District Judge:

       The Clerk of Court is respectfully directed to (1) serve Defendant the Commissioner of Social Security with the Amended Complaint (Dkt. No. 5) and this Order and (2) mail a copy of this Order to pro se Plaintiff.

Dated: February 8, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE