UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE WILLIAMS,<br><br>                         Plaintiff,<br><br>        -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                         Defendant. | 20 Civ. 5991 (LGS)<br><br>ORDER OF SERVICE |

Lorna G. Schofield, United States District Judge:

      The Clerk of Court is respectfully directed to (1) serve Defendant the Commissioner of Social Security with the Amended Complaint (Dkt. No. 5) and this Order and (2) mail a copy of this Order to pro se Plaintiff.

Dated: March 29, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE