UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANICE WILLIAMS,
                            Plaintiff,

                            20 Civ. 5991 (LGS)
-against-
                            ORDER

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the September 23, 2021, Order, (Dkt. No. 12), required the parties to file a joint letter if either party does not consent to conducting all further proceedings before the assigned Magistrate Judge within two weeks;

      WHEREAS, the parties have not filed a letter or submitted a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. It is hereby

      **ORDERED** that the parties shall submit the form or letter by **October 15, 2021**, in accordance with the instructions in the September 23, 2021, Order.

      The Clerk of Court is respectfully directed to mail this order to pro se Plaintiff.

Dated: October 12, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE