UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANICE WILLIAMS,

                        Plaintiff,                          **20-CV-5991 (VF)**

       -against-                                **ORDER**

COMMISSONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the upcoming oral argument with respect to the Commissioner's Motion for Judgement on the Pleadings (ECF No. 22) and Plaintiff's Motion to Remand (ECF No. 38), scheduled for Friday, November 18, 2022 at 10:00 a.m., counsel for the parties should be prepared to specifically address, in addition to all other issues raised in the briefing, whether remand is appropriate in light of the new medical evidence.

      **SO ORDERED.**

DATED:    New York, New York
               October 26, 2022

                                                                     VALERIE FIGUEREDO
                                                                   United States Magistrate Judge