# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JANICE WILLIAMS,

                Plaintiff,                20 **CIVIL** 5991 (VF)

      -against-                    **JUDGMENT**

KILOLO KIJAKAZI
Acting Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated December 5, 2022, Plaintiff's motion to remand is GRANTED. The Commissioner's motion for judgment on the pleadings is DENIED. The case is REMANDED to the Commissioner for further proceedings consistent with this decision; accordingly, this case is closed.

**Dated:**  New York, New York
         December 6, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                            **BY:**

                                                     **Deputy Clerk**